COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-08-488-CV

IN RE RONALD MICHAEL HILL RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that it has no jurisdiction over the relief requested.  Tex. Code Crim. Proc. Ann. art. 11.07, § 5 (Vernon Supp. 2008)
(footnote: 2); Tex. Gov’t Code Ann. § 22.221 (Vernon 2004).  Accordingly, relator’s petition for writ of mandamus is dismissed.

PER CURIAM

PANEL:  LIVINGSTON and MCCOY, JJ.

DELIVERED:  January 28, 2009

FOOTNOTES
1:
See
 Tex. R. App. P.
 47.4.

2:
See
 
In re McAfee
, 53 S.W.3d 715, 718 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding) (providing that applicant may seek 11.07 mandamus relief only from Court of Criminal Appeals).